

**FILED**

11/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0471

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0471

BRENDA ZASTOUPIL,

    Petitioner and Appellant,

v.

DEPARTMENT OF LABOR & INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD, AND RYAN RESTAURANT
CORPORATION,

    Respondents and Appellees.

O R D E R

Upon Consideration of Appellant Motion for extension of time to file the opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 15, 2023, to file her opening brief on appeal.

DATED this 14th day of November, 2023.

For the Court,

FILED

NOV 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice